# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

    Plaintiff,

v.   Case No.:  3:20-cr-08

Miguel Jay Cooley,

    Defendant.

## ORDER FOR APPOINTMENT OF COUNSEL

Defendant has applied for court-appointed counsel in this matter.  The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter.  The Defender's office is directed to file a Notice of Appearance designating the Assistant Federal Public Defender who will appear as counsel of record in the case.

Dated this 7th day of February, 2020.

                                                 */s/ Alice R. Senechal*
                                               Alice R. Senechal
                                               United States Magistrate Judge